# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

142343

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARY ELIZABETH AASTAD,
      Plaintiff-Appellant,

v

SC: 142343
COA: 293101
Ingham CC: 07-001506-NI

HARVEY JESSIE-LEE EDWARDS,
CHERRYL ARDENIA SANDERS and
AUTO OWNERS INSURANCE COMPANY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

t0418